**NORTH CAROLINA DIVISION OF SERVICES FOR THE BLIND, Plaintiff–Appellant,**

**and**

**Timothy M. Jones, Plaintiff–Appellant,**

**v.**

**THE UNITED STATES, Defendant–Appellee,**

**and**

**KCA Corporation, Defendant–Appellee.**

No. 02–5151.

United States Court of Appeals, Federal Circuit.

April 8, 2003.

Before LOURIE, RADER, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.